## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOYCE COLLINS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) NO.  04-CV-520-FHM ) |
| JO ANNE B. BARNHART,<br>Commissioner of the Social Security<br>Administration, | ) ) ) ) ) |
| Defendant. | ) |

### **ORDER**

This case is hereby remanded in accordance with the 10th Circuit Court of Appeals' ORDER of dismissal dated April 6, 2006 and filed in this Court on April 10, 2006.

SO ORDERED this 30th day of June, 2006.

*/s/ Frank H. McCarthy*
FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE